**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:13-cr-00053-HDM-WGC |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| LESTER ROGER DECKER, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant's motion to strike (#26) is **DENIED**.

IT IS SO ORDERED.

DATED: This 8th day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE