**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 3:13-cr-00053-HDM-WGC |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| LESTER ROGER DECKER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The government shall file any response to the motion defendant has denominated as "Motion in Limine #1" (#62) by noon on Friday, November 22, 2013.

IT IS SO ORDERED.

DATED: This 19th day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE