# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:13-cr-00053-HDM-WGC |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| LESTER ROGER DECKER, | ) | |
| Defendant. | ) | |

The defendant's motion to reconsider the denial of his renewed motion for judgment of acquittal (#130) is **DENIED**.

IT IS SO ORDERED.

DATED: This 11th day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE